**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Malibu Media LLC

                                            Plaintiff,

v.                                                             Case No.: 1:14–cv–08991
                                                            Honorable Ronald A. Guzman

John Doe, subscriber assigned IP address 71.194.208.30

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 24, 2015:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of settlement and voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [doc. 14] it is hereby ordered that this case is dismissed with prejudice Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.